NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DALE RICHARD PATE,                )
                                  )
        Appellant,                )
                                  )
v.                                )   Case No.  2D18-1460
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____ )

Opinion filed August 28, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Dale Richard Pate, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa;
for Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, C.J., and LaROSE and SLEET, JJ., Concur.